

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2015

No. 04-15-00005-CV

**IN THE ESTATE OF JACK HIROMI IKENAGA SR.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-4330
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Appellant's brief was due to be filed with this court on April 27, 2015. This court granted Appellant's first motion for extension of time to file her brief until May 27, 2015. On the due date, Appellant filed a second motion for extension of time to file her brief until June 26, 2015, for a total extension of sixty days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than June 26, 2015. *See* TEX. R. APP. P. 38.6(d).

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If Appellant fails to file her brief as ordered, the court may dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2015.

Keith E. Hottle
Clerk of Court